UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Danielle Welch

      Plaintiff,

v.

United States of America; Attorney
General Pamela Bondi, *in her official
capacity*; and Department of Homeland
Security Secretary Kristi Noem, *in her
official capacity*.

      Defendant.

Case No. _____

**DECLARATION OF
KEVIN C. RIACH**

---

I, Kevin C. Riach, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. Attached as <u>Exhbit A</u> to this Declaration is a true and correct copy of the Declaration of Grace Steinmetz, filed in *Tincher et al., v. Noem et al.,* Case No. 25-cv-4669 (KMM/DTS), Doc. 212 (D. Minn., filed Feb. 17, 2026).

2. Attached as <u>Exhibit B</u> to this Declaration is a true and correct copy of the Declaration of Steven Paul Saari II, filed in *Tincher et al., v. Noem et al.,* Case No. 25-cv-4669 (KMM/DTS), Doc. 208 (D. Minn., filed Feb. 17, 2026).

3. Attached as <u>Exhibit C</u> to this Declaration is a true and correct copy of the Declaration of Mark Butcher, filed in *Tincher et al., v. Noem et al.,* Case No. 25-cv-4669 (KMM/DTS), Doc. 155 (D. Minn., filed Feb. 17, 2026).

4.    Attached as <u>Exhibit D</u> to this Declaration is a true and correct copy of a letter from U.S. Senator Edward J. Markey to U.S. Immigration and Customs Enforcement Acting Director Todd Lyons, dated February 3, 2026.  The letter was downloaded from Senator Markey's official government website at: https://www.markey.senate.gov/imo/media/doc/letter_to_dhs_on_domestic_terrorist_database.pdf .

Dated: February 25, 2026                    */s/ Kevin C. Riach*
                                            Kevin C. Riach