UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669 |
| Plaintiffs, | **DECLARATION OF GRACE STEINMETZ** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

1

**Exhibit A**

I, Grace Steinmetz, declare as follows:

1. My name is Grace Steinmetz. I am a resident of the uptown neighborhood of Minneapolis, where I have lived for approximately five years. I grew up in a suburb of the Minneapolis metropolitan area, where I have lived my whole life. I am 24 years old.

2. On January 21, 2026, at approximately 11:30 AM, I picked up my friend Griffen Desai from his apartment to accompany me in conducting legal observations of ICE agents in our neighborhood. For approximately the next 15 minutes, we drove around the neighborhood looking for signs of ICE agents, such as black SUVs with tinted windows or masked men.

3. At approximately 11:45 AM, I received a message via a community chat that volunteers were needed to observe potential ICE activity in the Seward and Longfellow neighborhoods of Minneapolis. Griffen and I drove down to these neighborhoods as a result.

4. At approximately 12:15 PM, while driving down a street near Powderhorn Park, I observed a bald man sitting in a black SUV with tinted windows. The SUV had Illinois license plates. The man was parked by the side of the road and appeared to be looking at his phone. I then saw another man in a silver Subaru Impreza parked on the other side of the road, just past the black SUV.

5. As I drove by the Subaru Impreza, I saw the black SUV pull out and then saw the Subaru Impreza make a U-Turn and then follow the black SUV. I then received a message from someone in the community chat, writing that they had just seen a likely ICE vehicle and that they were beginning to follow it.

6. Out of concern for the safety of the other legal observer, who was driving alone, and a desire to keep my broader community safe from indiscriminate ICE raids, I finished driving up the block and then made a U-Turn at the nearest intersection. I then followed the black SUV and the Subaru Impreza.

7. For approximately the next half hour, I followed the other two vehicles through Minneapolis. We drove between twenty and thirty miles per hour on surface streets through residential neighborhoods, and then drove on the highway at between sixty and seventy miles per hour. We were driving the speed limit. On the highway, other cars were going faster in the left lane. Depending on the speed, I

**Exhibit A**

was between one to four cars behind the Subaru Impreza and further behind the black SUV.

8. During this car ride, Griffen and I largely had our windows down so that we could blow whistles to alert individuals in the area about the likely presence of an ICE agent. I also regularly honked to alert people in surrounding neighborhoods of ICE activity.

9. I continued to follow the black SUV and the Subaru Impreza as we headed east to St. Anthony Park, a neighborhood in the eastern suburbs of Minneapolis. I continued to follow the black SUV as we drove at a casual speed through this neighborhood.

10. After a few minutes of driving around this neighborhood, I noticed a white van following me at a distance. The van stayed approximately four car lengths away as we drove through the residential neighborhood. I did not know what to do. I kept driving.

11. Suddenly, while driving along Fulham Street near Folwell Avenue in the St. Anthony Park neighborhood, the white van pulled alongside me, into the opposing lane of traffic, and veered hard to the right, cutting me off and causing me to instinctively swerve my car to the right reactively. At the same moment, the black SUV slowed down, moving into the same left travel lane, and attempting the same maneuver on the Subaru Impreza. I slowed down and attempted to keep driving in my lane safely.

12. Then, within a few seconds, the black SUV braked hard in front of the Subaru Impreza, causing it to crash into the rear bumper of the black SUV. I slammed on my brakes, coming to a stop three feet from the back of the Subaru Impreza. I put my vehicle into park. I did not know what to do.

13. Two more vans then arrived on the scene. Numerous federal agents then came out of the vans. They were wearing tactical gear, camouflage-colored outfits, and vests that read DHS or ICE. Most wore casual pants such as jeans. Most were covering their faces with gaiter-style masks. The agents ran up to my car, yelling something like, "Get the fuck out of the car, Get the fuck out of the car."

14. I put my hands up, with my palms facing out, as did Griffen. I yelled that I was a legal observer and that I knew my rights. Within seconds, the ICE agents used a large metal tool to shatter the glass of both front-side windows of my car. I was covered with broken glass shards.

3

**Exhibit A**

15. The agents then reached into my car and, after some fumbling, unlocked the car. I then got out of the car and turned against the car with my hands behind my back. The agents roughly handcuffed me.

16. At the scene, the agents took a picture of my car, my license plate, and my VIN number. They also photographed me after I was handcuffed.

17. I asked the agents what was happening. One of them told me that I was being detained for assaulting a federal officer. I told them that I had not hit anyone and that I was only following the other car. The agent then told me that I had harassed an agent and impeded a federal officer. I asked him something like, "What does that even mean?" He told me that I had harassed the officer by honking at him.

18. The agents then took me and put me into one of the vans with four other male ICE agents. One of the ICE agents announced that he was turning on his body-worn camera because I was the only woman in the vehicle. It did not appear that the agent had turned on his body-worn camera for my detention itself.

19. The federal agents then took me to the Federal Whipple Building in Minneapolis, where I was processed through the detention center. After approximately an hour in a holding cell, an agent took me to be interviewed by two Homeland Security Investigations ("HSI") investigators.

20. I declined to talk to the HSI investigators without a lawyer present. I then asked them what would happen to me following my arrest. They told me that I had been detained and that this process "was like being pulled over for speeding and let go with a warning." The HSI investigators also told me that they were collecting my fingerprints and an image of my face. They told me that this information would be recorded in a database because I had been detained.

21. I was then held in DSH custody for several more hours. Before I was released, the federal agents told me that they were seizing my phone as evidence and that they would search it. They did not tell me what they were searching for. They did not ask my permission before the seizure. They did not present me with a warrant. They did not tell me if or when I would get my phone back.

22. The federal agents then released me. I had been in custody for several hours. They did not tell me why I had been arrested nor did they provide me with any paperwork describing any charges for which I had been held.

4

**Exhibit A**

23. Since my detention, I often feel extremely nervous when driving. During a recent drive, I was followed for a few blocks by a St. Paul police officer before he turned in another direction. I almost threw up I was so scared. I have had trouble eating and sleeping due to my nervousness. I almost had a panic attack a few days ago after I heard that other protesters were being charged by the Federal Government.

24. Despite my concerns about the federal government's invasion of my hometown, I have not been to a protest or to observe any ICE activity since my detention. I no longer carry a whistle. I am not a member of any community group chats anymore. I often feel paranoid. I worry about commenting on or liking any post criticizing the Federal Government on social media out of worries that I am being watched.

25. I am scared that if I do anything, I will get detained again and that the next time the federal agents will be even worse. I do not even do grocery rides or deliveries for impacted neighbors, which feels lame. But I am too worried about drawing attention to myself. While I would like to assist my community in demonstrating against the Federal Government, following my detention it no longer feels safe for me to do so.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated and signed on ___30/01/2026_____ in Hennepin County, State of Minnesota.

Grace Steinmetz (Jan 30, 2026 14:02:16 CST)

GRACE STEINMETZ

**Exhibit A**

# Grace Steinmetz Declaration_Final

Final Audit Report                                     2026-01-30

| | |
|---|---|
| Created: | 2026-01-30 |
| By: | Dylan Verner-Crist (dvernercrist@aclunc.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAjgIJvQ_vANsrZX62upi6tqJecvPR0-OM |

## "Grace Steinmetz Declaration_Final" History

🗎 Document created by Dylan Verner-Crist (dvernercrist@aclunc.org)
2026-01-30 - 7:25:34 PM GMT

✉ Document emailed to Grace Steinmetz (gracesteinmetz@gmail.com) for signature
2026-01-30 - 7:25:38 PM GMT

🗎 Email viewed by Grace Steinmetz (gracesteinmetz@gmail.com)
2026-01-30 - 7:59:07 PM GMT

✎ Document e-signed by Grace Steinmetz (gracesteinmetz@gmail.com)
Signature Date: 2026-01-30 - 8:02:16 PM GMT - Time Source: server

✓ Agreement completed.
2026-01-30 - 8:02:16 PM GMT

Adobe Acrobat Sign

**Exhibit A**