UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SUSAN TINCHER, JOHN BIESTMAN, JANET LEE, LUCIA WEBB, ABDIKADIR NOOR, and ALAN CRENSHAW, *on behalf of themselves and other similarly situated individuals*, | Case No. 25-cv-04669-KMM-DTS |
| Plaintiffs, | **DECLARATION OF MARK BUTCHER** |
| v. | |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security (DHS); TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations (ERO), ICE; DAVID EASTERWOOD, Acting Field Office Director, ERO, ICE Saint Paul Field Office; JOHN A. CONDON, Acting Executive Associate Director, Homeland Security Investigations (HSI); The Department of Homeland Security; Unidentified Federal Agencies; and Unidentified Federal Agents; *in their official capacities*, | |
| Defendants. | |

I, Mark Butcher, declare as follows:

1.      I am a resident of Northeast Minneapolis in the City of Minneapolis, County of Hennepin, Minnesota.

2.      I am at least 18 years old.

**Exhibit C**

3. For over 20 years I worked as a professional journalist for WCCO TV. I currently am a carpenter and freelance journalist.

4. I make the following declaration based on personal knowledge.

5. On Tuesday, January 20, 2026, I was having coffee with a friend in Northeast Minneapolis. I previously set an 11am appointment (in writing via Facebook Messenger) to buy cookies from a neighborhood micro-bakery just a few blocks away. After dropping my friend off at 10:26am, I was at the corner of 23rd Avenue NE & 4th Street Northeast and noticed a single unmarked large SUV type passenger vehicle. The occupants of the vehicle appeared to be wearing military-style clothing and gear. I have previously witnessed people dressed thusly in my neighborhood upon encountering bail enforcement workers dressed similarly and being equipped by same/similar military style gear. I parked in the public right of way about 20 feet behind the vehicle. Based on my experience as a professional journalist, I understood my rights to be in the public right-of-way and observe.

6. As I was parked, a person that identified themselves as a DHI agent approached my vehicle's driver side window. I rolled down my window, and we had a cordial discussion about what I was doing and that both the DHI agent and I were video recording.

7. The DHI agent stated he was DHI and not ICE. The DHI agent stated they were watching ICE "just as much as everybody else". The DHI agent noted I could not make physical contact or impede investigations or block roads. I assured the DHI agent my intention was solely for observing stating as much multiple times.

2

**Exhibit C**

8. The DHI agent got into his vehicle and drove away. I slowly followed at a safe driving distance given the icy road conditions and frigid cold weather. I was not recording while driving. The vehicle turned north on University Ave NE and crossed from Hennepin into Anoka County in Columbia Heights, MN.

9. As I was safely parked in the roadway in Columbia Heights, a vehicle approached and pulled in front of me. I was approached by an apparent DHI agent. This agent stated I was impeding their investigation and cited federal code. This interaction was recorded on my phone. I repeated I was only observing.

10. I continued to follow at a distance and headed east into a more residential area of Columbia Heights. I did not take any dangerous actions. In Columbia Heights, I noticed a staging area being formed in a parking lot in a city park. From my experience as a journalist, I knew this was typical for law enforcement to have a staging area. This is a hilly area of Columbia Heights, and I parked my truck in front of a residential street above the city park.

11. A vehicle pulled up in front of me and then another one behind me pinning me into the spot. My vehicle was running but was in park. I did not move the vehicle.

12. As apparent ICE and DHI agents approached my open window I greeted them casually. I was recording the encounter until my phone was confiscated and an agent stopped my phone's video recording.

13. The ICE agent stated I was asked not to follow and that I was obstructing. I retorted by saying numerous times that I was just observing. The agents pushed me hard into the side of my truck and bound my hands and I was handcuffed. My sternum and right

**Exhibit C**

shoulder were injured. I did not physically resist in any way. Nonetheless an agent directed me to stop fighting. I replied saying I was not fighting. As I was being handcuffed, an agent can be heard saying "let go of the phone" on a video recording. They put me in a minivan. During my apprehension in the van the passenger side agent was searching my bag that contained my wallet. The agent removed my driver's license and referred to it while questioning me. I kept my replies brief and courteous/professional.

14. One of the ICE agents took my phone without permission and deleted videos I had just taken. I was later able to retrieve the videos from the recently deleted folder.

15. Based on the GPS directions I could hear, I believe I was being driven to the Whipple Federal Building.

16. On April 17, 2025, I had open heart surgery and have a tender heart. During this encounter, my heart was beating rapidly and could feel high blood pressure. I told the ICE agents I have a heart condition and needed to get to a hospital. I asked them to take me to the University of Minnesota hospital on 500 Harvard Street, SE in Minneapolis, where I had previously been treated. Instead, they said they were taking me to Abbott Northwestern Hospital at 28th Avenue and Chicago Avenue in Minneapolis. They seemed to take pleasure in that my hospital request wouldn't be fulfilled. At Abbott, instead of going to the ER, they parked in the general parking lot and asked me directions on where to go even though it wasn't my hospital.

17. I finally was brought to an examination room at the ER and agents stood guard from arrival until 5:55pm. I reminded them numerous times to respect my rights to privacy under HIPAA. The very able doctors looked at my medical history/charts and my

4

Exhibit C

decade-long history of heart issues.  They performed tests that included blood draws and analysis.

18.    I arrived at the ER around 11:00AM.  During my stay, my blood was drawn and my level of troponin steadily increased for several hours.  Troponin is a biomarker protein in the blood whose presence indicates heart tissue damage.  My troponin level began at 14.  Hours later it was at 28.  Hours later it was 44.  The final blood draw in the evening was 43.  These levels indicate I sustained cardiac tissue damage.  The process is known as stress-induced myocardial ischemia.  I understand the presence of troponin in the blood is and should be zero in healthy individuals.

19.    While in custody at the hospital, I kept asking for an attorney and access to a phone but was refused by the ICE agents. At one point, I used a hospital phone to make a phone call to a former colleague at WCCO TV and to my Minneapolis council member, Elliot Payne. I did not speak with Councilmember Payne but did speak with someone from his office. My understanding is that Councilmember Payne later called the hospital.

20.    Around 5:30pm the two ICE agents that had arrested me and transported me to the hospital were relieved from guarding me by two other ICE agents. I had observed one of the new ICE agents as at the scene in Columbia Heights.

21.    At 5:55pm an ICE agent informed me they were going to "let me out of our custody". The only further explanation I received was the decision was made by "someone who makes a lot more money than me gave the directive". I asked for any paperwork or a receipt that I was released but received no answer from the ICE agents.

**Exhibit C**

"someone who makes a lot more money than me gave the directive". I asked for any paperwork or a receipt that I was released but received no answer from the ICE agents.

22. I grabbed my bag and retrieved my phone and was able to record a video of the agents reciting their identification numbers. I immediately checked for the presence of the videos I had taken hours earlier. They had been deleted. I then immediately entered a passcode into my phone that allowed me to undelete the videos that had moved into a 'recently deleted' folder. I stayed in the hospital overnight for observation and to take cardioprotective medications. I was released from the hospital later in the morning on January 21, 2026.

23. After being released from the hospital, I returned to Columbia Heights and retrieved my truck. Some kind neighbors had parked it in a driveway so it would not be towed for being parked overnight on a city street.

24. As a journalist, I knew my rights to observe and record video. These rights were violated by ICE agents, and I was placed under arrest for no reason other than that I was observing and recording. My rights were further violated by deleting videos on my phone in an attempt to obstruct justice. Finally, my tender heart was damaged due to this false arrest.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed on _JANUARY 28, 2026_ in Hennepin County, Minnesota.

Mark Butcher

6

**Exhibit C**